# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOESL CHRISTOPHER HOLMES,

              Petitioner,

v.

SARAH ROBERTS, et. al.,

              Respondents.

Case No. C17-1883 TSZ

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 6, as well as petitioner's objections thereto, which were filed in C17-1705-TSZ, does hereby find and **ORDER**:

(1) The Court ADOPTS the Report and Recommendation.

(2) This case is **DISMISSED with prejudice** and issuance of a Certificate of Appealability is **DENIED**.

(3) The Clerk is directed to send a copy of this Order to petitioner pro se and to Judge Tsuchida.

DATED this 12th day of February, 2018.

                                          Thomas S. Zilly
                                          United States District Judge

ORDER OF DISMISSAL - 1